```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Ramada Worldwide, Inc.

    v.                                    Civil No. 06-cv-205-JD

LBM Financial LLC, et al.


**REPORT AND RECOMMENDATION**

Plaintiff moves for default judgment joint and severally against defendants Sylvester P. Ruggiero, Jr. and HTL Corp.  A hearing was held on May 23, 2007.  Upon motion plaintiff proceeded by proffer of the facts contained in the affidavit of Valerie Capers Workman (document no. 50-1).  Plaintiff has proved damages as follows:

| | | | |
|---|---|---|---:|
| 1. | Liquidated damages $2,000 per room x 120 rooms | = | $240,000.00 |
| 2. | Unpaid "recurring fees" | = | 63,866.35 |
| 3. | Legal Fees | = | <u>59,926.28</u> |
| | Total Judgment | | $363,792.63 |

Together with post-judgment interest.

    I recommend that judgment be ordered against both defendants as set forth in the "Proposed Order For Default Judgment".

    Any objections to this report and recommendation must be

filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 23, 2007

cc:   Bethany L. Appleby, Esq.
      Peter S. Cowan, Esq.
      Daniel P. Luker, Esq.
      Gregory M. McLaughlin, Esq.
      John-Mark Turner, Esq.
      Michael J. Norris, Esq.