UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ramada Worldwide, Inc.</u>

        v.                        06-cv-205-JD

<u>LBM Financial LLC, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 23, 2007, no objection having been filed.

SO ORDERED.


September 11, 2007                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge


cc:    Bethany Appleby, Esq.
       John-Mark Turner, Esq.
       Peter Cowan, Esq.
       Daniel Luker, Esq.